## United States District Court

**FILED**
APR 2 0 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
v.
JESUS ANTONIO RAMOS
a/k/a HERIBERTO CARRESCO VAZQUEZ

(Name and Address of Defendant)

Venue: SAN FRANCISCO

**CRIMINAL COMPLAINT**

CASE NUMBER: 3 07 70237 EMC

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about October 12, 2001, in Napa County, in the Northern District of California, the defendant did, willfully and knowingly make a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws in violation of Title 18 United States Code, Section 1542, <u>False Statement in a Passport Application</u>.

I further state that I am a <u>Special Agent</u> and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 USC Section 1542:
10 years of imprisonment; $250,000 fine; 3 years supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
                                      Derek Owens, SAUSA

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

Warrant of Arrest Requested:    ☒ Yes   ☐ No
        Bail Amount: ____

Signature of Complainant, Jeffrey C. Dubsick

Sworn to before me and subscribed in my presence,

April 20, 2007      at    San Francisco, California
Date                                                   City and State

Nandor J. Vadas
United States Magistrate Judge
~~Edward M. Chen~~
**United States Magistrate Judge**
Name & Title of Judicial Officer                    Signature of Judicial Officer

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** )  | |
| ) | ss. **AFFIDAVIT** |
| **NORTHERN DISTRICT OF CALIFORNIA** ) | |

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
CHARGING JESUS ANTONIO RAMOS, a/k/a HERIBERTO CARRESCO VAZQUEZ
WITH VIOLATING 18 U.S.C. § 1542;
FALSE STATEMENT IN APPLICATION FOR A PASSPORT

I, Jeffrey C. Dubsick, being duly sworn, depose and state:

*Affiant Background*

1. I am a Special Agent employed by the Diplomatic Security Service (DSS), which is an agency of the United States State Department. DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport fraud and to apply for and serve arrest warrants.

2. I have a bachelor's degree from the University of California and am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since December 2004, and have received and receive, on an ongoing basis, training in the laws, rules and regulations concerning passports. My previous investigations have resulted in 31 convictions for passport fraud or a related offense.

*Purpose of Affidavit*

3. This affidavit establishes probable cause to arrest JESUS ANTONIO RAMOS, also known as HERIBERTO CARRESCO VAZQUEZ, for False Statement in Application for a Passport, in violation of 18 U.S.C. § 1542, when he applied for a passport and falsely stated his name as HERIBERTO CARRESCO VAZQUEZ and falsely stated that he was born in Puerto Rico, when his true name is JESUS ANTONIO RAMOS and he was actually born in Mexico.

4. This affidavit is based in part upon my personal knowledge, interviews, and the review of various records and documents obtained during this investigation. This affidavit sets forth only those material facts that I believe are necessary to establish probable cause. It does not include each and every fact of this investigation.

*Relevant Statute*

5. The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a

person wanting a United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license and Social Security Number, with their application. Another rule allows officers at United States Post Offices to accept passport applications, and to then forward them to the State Department for processing.

6. Title 18 U.S.C. § 1542 states, in pertinent part, "Whoever willfully and knowingly makes any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for their own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws...shall be fined under this title...or imprisoned not more than 10 years...or both." Title 18 U.S.C. § 3291 provides for a ten year statute of limitations for passport offenses.

*Facts Supporting Probable Cause*

7. On or about October 12, 2001, a person purporting to be HERIBERTO CARRESCO VAZQUEZ submitted an application for a United States passport at the Napa Post Office, which is located in the Northern District of California. A review of this application and other State Department records disclosed this person submitted a Puerto Rican birth certificate bearing the name of HERIBERTO CARRESCO VAZQUEZ, and that he listed the following information, in sum:

Name: HERIBERTO CARRESCO VAZQUEZ
Place of Birth: Puerto Rico
Emergency Contact and Friend: Ignacia Garcia, Napa, CA

8. On April 6, 2007, I interviewed Ignacia Garcia, who was the emergency contact and friend listed in the passport application. Garcia told me that she did not know the whereabouts of the person purporting to be HERIBERTO CARRESCO VAZQUEZ, but she did know that he had been a tenant at that building until about a one year ago. I left my business card with Garcia.

9. On April 10, 2007, I received a telephone call from a person purporting to be HERIBERTO CARRESCO VAZQUEZ. This person told me he was the one I was looking for in Napa, California. He also told me his true name was JESUS ANTONIO RAMOS, not HERIBERTO CARRESCO VAZQUEZ, and that he was born in Michocoan, Mexico, not Puerto Rico. He also told me he purchased the HERIBERTO CARRESCO VAZQUEZ birth certificate for $2,000 and that he was in the United States to work.

*Conclusion*

10. Based on the facts and information detailed in the affidavit, I believe probable cause exists that JESUS ANTONIO RAMOS, also known as HERIBERTO CARRESCO

VAZQUEZ, made a false statement in a passport application, in violation of 18 U.S.C. § 1542, when he falsely stated his place of birth was Puerto Rico on the aforementioned passport application, which was submitted at the Napa Post Office in the Northern District of California. As such, I respectfully request a warrant for his arrest.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information and belief.

Jeffrey C. Dubsick
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
ON April 20, 2007

THE HONORABLE NANDOR J. VADAS
United States Magistrate Judge
Northern District of California