# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## WARRANT FOR ARREST

UNITED STATES OF AMERICA

    v.

JESUS ANTONIO RAMOS
Aka HERIBERTO CARRASCO VAZQUEZ

CASE NUMBER: 3 07 7023



TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Ramos, Jesus Antonio**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

( ) Indictment ( ) Information **(X) Complaint** ( ) Order of the Court ( ) Violation Notice ( ) Probation Violation Petition charging him with

False Statement in an application for a passport

in violation of Title 18, United States Code, Section(s) 1542

| Nandor J. Vadas United States Magistrate Judge | U.S. Magistrate Judge |
|---|---|
| Name of issuing Officer | Title of Issuing Officer |
| *Signature of Issuing Officer* | Apr. 20 2007 – San Francisco, CA<br>Date and Location |
| Bail fixed at $ No Bail | by Nandor J. Vadas United States Magistrate Judge<br>(Name of Judicial Officer) |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at San Francisco CA.

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| | Jeff Dubock SA<br>Dipl. Sec. Service | CHRISTIAN L. HANSON<br>DEPUTY U.S. MARSHAL |
| Date of Arrest<br>6/20/2007 | | |