SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6488
   Fax: (415) 436-7234
   derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 3-07-70237 |
| ) | |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME |
| ) | |
|    v. ) | |
| ) | |
| JOSE RAMOS, ) | |
|    a/k/a Jesus Antonio Ramos, ) | |
|    a/k/a Herriberto Carrasco Vazquez, ) | |
| ) | |
|    Defendant. ) | |

    On June 20, 2007, the parties in this case appeared before the Court for an initial appearance. At that time, the Court set a preliminary hearing for July 10, 2007 at 9:30 a.m. The parties hereby jointly and respectfully request the court to continue the preliminary hearing currently scheduled for July 10, 2007 to July 25, 2007 at 9:30 a.m. before the Honorable James Larson.

    The parties further stipulate that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from July 10, 2007 to and including July 25, 2007. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to

Stipulation and [Proposed] Order

1  exclude for this period of time any time limits applicable under Title 18, United States Code,
2  Section 3161.  The parties represent that granting the continuance is the reasonable time
3  necessary for continuity of defense and government counsel and effective preparation of defense
4  and government counsel, taking into account the exercise of due diligence.  See 18 U.S.C. §
5  3161(h)(8)(B)(iv).  Specifically, the time will allow defense counsel to consult with immigration
6  counsel regarding the defendant's case.  The parties also agree that the ends of justice served by
7  granting such a continuance outweighed the best interests of the public and the defendant in a
8  speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
9  SO STIPULATED:

SCOTT N. SCHOOLS
United States Attorney

DATED: 7/09/2007            /s/ Derek R. Owens
_____         _____
                            DEREK OWENS
                            Assistant United States Attorney

DATED: 7/09/2007            /s/ Tanya Levinson
_____         _____
                            TANYA LEVINSON
                            Attorneys for Jose Ramos

17      For the reasons stated above, the Court orders the July 10, 2007 preliminary continued to July
18  25, 2007 at 9:30 a.m. before the Honorable James Larson.  Also for the reasons stated above, the
19  Court finds that an exclusion of time from July 10, 2007 to and including July 25, 2007, is
20  warranted and that the ends of justice served by the continuance outweigh the best interests of the
21  public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The
22  failure to grant the requested continuance would deny Mr. Rodriguez continuity of counsel and
23  would deny defense counsel the reasonable time necessary for effective preparation, taking into
24  account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.
25  §3161(h)(8)(B)(iv).
26  SO ORDERED.
27  DATED:_____        _____
                                THE HON. JAMES LARSON
28                              United States Magistrate Judge

Stipulation and [Proposed] Order