SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Assistant United States Attorney

E-Filing

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6488
Facsimile: (415) 436-7234
E-mail: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CR No.: 3-07-70237 |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. | ) ) | |
| JOSE RAMOS, | ) ) ) | |
| Defendant. | ) ) | |

On June 20, 2007, the parties in this case appeared before the Court for an initial appearance. At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from June 20, 2007 to July 10, 2007. The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from June 20, 2007, to and including July 10, 2007. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to exclude for this period of time any time limits applicable

Stipulation and [Proposed] Order

1  under Title 18, United States Code, Section 3161. The parties represented that granting the
2  continuance was the reasonable time necessary for continuity of defense counsel and effective
3  preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C.
4  § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by granting such a
5  continuance outweighed the best interests of the public and the defendant in a speedy trial. See
6  18 U.S.C. § 3161(h)(8)(A).
7  SO STIPULATED:

8                                          SCOTT N. SCHOOLS
                                            United States Attorney
9
            July 2, 2007                    /s/ Derek R. Owens
10 DATED: _____            _____
                                            DEREK OWENS
11                                          Assistant United States Attorney

12

13 DATED:  July 9, 2007                     /s/ Tanya Levinson

14                                          TANYA LEVINSON
                                            Attorney for Mr. Ramos
15

16      For the reasons stated above, the Court finds that an exclusion of time from June 20, 2007, to
17 and including July 10, 2007, is warranted and that the ends of justice served by the continuance
18 outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161
19 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny Mr. Ramos
20 continuity of counsel and would deny defense counsel the reasonable time necessary for effective
21 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
22 of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

23
24 SO ORDERED.
25 DATED: 10 July 07
                                            _____
26                                          BERNARD ZIMMERMAN
                                            United States Magistrate Judge
27
28

Stipulation and [Proposed] Order