AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. § 1028(a)(6) Possession of a False or Stolen U.S. Identification Document

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Term 1 year
Maximum Fine $100,000
Maximum Supervised Release 1 year
Mandatory Special Assessment $25

**DEFENDANT - U.S.**
▶ JOSE RAMOS

**DISTRICT COURT NUMBER**
CR 07 0483

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
▶ 3-07-70237

**Name and Office of Person Furnishing Information on THIS FORM**
SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** DEREK OWENS

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ 6/20/2007
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 JUL 24 PM 3: 21
RICHARD W. ...KING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MAG

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 07 0483 |
| Plaintiff, | VIOLATION: Title 18, United States Code, Section 1028(a)(6) – Possession of a False or Stolen United States Identification Document (Class A Misdemeanor) |
| v. | |
| JOSE RAMOS, a/k/a Jesus Antonio Ramos, a/k/a Heriberto Carrasco Vazquez, | SAN FRANCISCO VENUE |
| Defendant. | |

INFORMATION

The United States Attorney charges:

On or about October 11, 2001, in the Northern District of California, the defendant,

JOSE RAMOS,
a/k/a Jesus Antonio Ramos,
a/k/a Heriberto Carrasco Vazquez,

knowingly possessed an identification document, that was or appeared to be an identification document of the United States, to wit: a Puerto Rican birth certificate bearing the name of Heriberto Carrasco Vazquez and the number 152-1972-01735-000000-053118, which was produced without lawful authority, knowing that such document was produced without such

INFORMATION

1 authority, in violation of Title 18, United States Code, Section 1028(a)(6), a Class A
2 Misdemeanor.

DATED: 7/23/07

SCOTT N. SCHOOLS
United States Attorney

GREGG LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: _____)
DEREK R. OWENS
Assistant United States Attorney

INFORMATION