AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF _____

FILED
2007 JUL 25 AM 11: 22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

UNITED STATES OF AMERICA

V.                                        WAIVER OF INDICTMENT

CASE NUMBER: CR 07 0483

I, __Jose Ramos__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __7-25-07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Date_

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer