1  K. Randolph Moore, SBN 106933
   Tanya Levinson, SBN 206683
2  332 N. Second Street
   San Jose, CA 95112
3  Telephone: (408) 271-6600
   Facsimile: (408) 298-6046
4
   Attorney for Jose Antonio Ramos
5

6

7

8            **IN AND FOR THE SUPERIOR COURT OF CALIFORNIA**

9                  NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO

11  UNITED STATES OF AMERICA,          )   Case No.: CR 07-0438-1 JL
                                       )
12            Plaintiff,               )   **STIPULATION AND PROPOSED ORDER**
                                       )   **CONTINUING SENTENCING HEARING**
13        vs.                          )   **AND EXCLUDING TIME**
                                       )
14  Jose Antonio Ramos,               )
                                       )   SAN FRANCISCO VENUE
15            Defendant.               )
                                       )
16  ─────────────────────────────────)

17        The undersigned parties in the above-captioned case respectfully request that the

18  sentencing hearing scheduled for November 1, 2007 be continued to November 29, 2007 or

19  December 6, 2007. The reason for the continuance is that more time is needed to prepare a

20  presentence report. The undersigned parties hereby agree and stipulate that this continuance.

21  SO STIPULATED:

22  DATED:                             _____/s/_____
                                       Wendy Thomas
23                                     Assistant United States Attorney

24  DATED:        October 16, 2007     _____/s/_____
25                                     K. Randolph Moore
                                       Counsel for Mr. Ramos
26        Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing

27  hearing currently scheduled for November 1, 2007 is continued to _____ November 29, 2007

28  STIPULATOIN AND [PROPOSED ]                              1
    ORDER

1  or_____December 6, 2007 at 9:00 a.m. The Court FURTHER ORDERS time be excluded

2  under the Speedy Trial Act from November 1, 2007 to December 6, 2007. The Court finds,

3  based on the aforementioned reasons, the ends of justice served by granting the requested

4  continuance outweigh the best interest of the public and the defendant is a speedy trial. The

5  failure to grant the requested continuance would deny probation officer reasonable time

6  necessary for effective preparation of the presentence report. The Court therefore concludes that

7  his exclusion of time should me made under 18 U.C.C. §§ 3161(h)(8)(A) and (B)(iv).

8  SO ORDERED.

9

10  DATED: _____          _____

11                                                     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
STIPULATON AND [PROPOSED ]                                   2
ORDER