```
 1  K. Randolph Moore, SBN 106933
    Tanya Levinson, SBN 206683
 2  332 N. Second Street
    San Jose, CA 95112
 3  Telephone: (408) 271-6600
    Facsimile: (408) 298-6046
 4
    Attorney for Jose Antonio Ramos
 5
 6
 7
 8              IN AND FOR THE SUPERIOR COURT OF CALIFORNIA
 9                    NORTHERN DISTRICT OF CALIFORNIA
10                             SAN FRANCISCO
11  UNITED STATES OF AMERICA,        )  Case No.: CR 07-0438-1 JL
                                     )
12             Plaintiff,            )  STIPULATION AND [PROPOSED] ORDER
                                     )  CONTINUING SENTENCING HEARING
13       vs.                         )  AND EXCLUDING TIME
                                     )
14  Jose Antonio Ramos,              )
                                     )  SAN FRANCISCO VENUE
15             Defendant.            )
    _____)
16
17       The undersigned parties in the above-captioned case respectfully request that the
18  sentencing hearing scheduled for November 1, 2007 be continued to November 29, 2007 or
19  December 6, 2007. The reason for the continuance is that more time is needed to prepare a
20  presentence report. The undersigned parties hereby agree and stipulate that this continuance.
21  SO STIPULATED:
22  DATED:                                    _____/s/_____
                                              Wendy Thomas
23                                            Assistant United States Attorney
24
    DATED:    October 16, 2007                _____/s/_____
25                                            K. Randolph Moore
                                              Counsel for Mr. Ramos
26
         Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing
27
    hearing currently scheduled for November 1, 2007 is continued to __X__ November 29, 2007
28
    STIPULATION AND [PROPOSED]                      1
    ORDER
```

1  or _____ November 29, 2007 at 11:00 ~~December 6, 2007~~ at ~~X:XX~~ a.m. The Court FURTHER ORDERS time be excluded
2  under the Speedy Trial Act from November 1, 2007 to December 6, 2007. The Court finds,
3  based on the aforementioned reasons, the ends of justice served by granting the requested
4  continuance outweigh the best interest of the public and the defendant is a speedy trial. The
5  failure to grant the requested continuance would deny probation officer reasonable time
6  necessary for effective preparation of the presentence report. The Court therefore concludes that
7  his exclusion of time should me made under 18 U.C.C. §§ 3161(h)(8)(A) and (B)(iv).
8  SO ORDERED.

10  DATED: October 31, 2007                    /s/ James Larson
11                                              United States District Judge

STIPULATON AND [PROPOSED]                                           2
ORDER