UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES

    Plaintiff(s),                         No.CR07-0483 MAG

  v.                                 **NOTICE OF CONTINUANCE**

JOSE RAMOS ,

    Defendant(s).
_____/

    Judgment and sentencing in the above entitled case is hereby continued (from November 29, 2007) to December 13, 2007 @ 11:00 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated:  November 20, 2007

_____
Wings Hom Courtroom Deputy  to
Chief United States Magistrate Judge
James Larson

Blank.frm                  1