01/23/2008 04:05 PM EDT

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN307CR000483 | US VS JOSE RAMOS | | | | | | |
| 001 | JOSE RAMOS | 504100 | FINE-CRIME VICTIMS FUND | 1,000.00 | 0.00 | CT 34611014562 | 2 | PR | 1,000.00 | 01/14/2008 |
| 001 | JOSE RAMOS | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611014562 | 1 | PR | 25.00 | 01/14/2008 |
| | | | | | | | Division Payment Total | | 1,025.00 | |
| | | | | | | | Grand Total | | 1,025.00 | |

CR 07-483 MAG

$25.00 SPECIAL ASSESSMENT PAID IN FULL 01-14-08

$1000.00 FINE PAID IN FULL 01-14-08

Page 1 of 1